MARGARET A. KANE, Appellant, *v.* RICORO ESTATES, INC., et al., Defendants, and AARON B. SALANT, Respondent.

Argued April 11, 1938; decided May 17, 1938.

*Spotswood D. Bowers, Harold E. Brennan* and *Stewart W. Bowers* for appellant.

*Louis Salant* and *Joseph J. Cunningham* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.